UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAREN CRAWFORD,

               Plaintiff,

-v-

BRONX COMMUNITY COLLEGE, PURYSABEL UREGAR, ALAN FUENTES, and MARTA CLARK,

               Defendant.

CIVIL ACTION NO.: 22 Civ. 1062 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

    Plaintiff's request (ECF No. 10) for an extension of time to serve Defendants with the summons and Complaint is GRANTED, and the time to effect service is extended to **June 7, 2022**.

    The Clerk of Court is respectfully directed mail a copy of this Order to Plaintiff at the address below.

Dated:      New York, New York
             April 14, 2022

                                  SO ORDERED.

                                  _____
                                  SARAH L. CAVE
                                  United States Magistrate Judge

Mail to:

Caren Crawford
1 River Place 622
New York, NY 10036