UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAREN CRAWFORD,

                Plaintiff,

-v-

BRONX COMMUNITY COLLEGE, PURYSABEL UREGAR, ALAN FUENTES, and MARTA CLARK,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 1062 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On February 7, 2022, pro se Plaintiff Caren Crawford commenced this action against her former employer, Bronx Community College ("BCC"), and three BCC employees, Purysabel Uregar, Alan Fuentes, and Marta Clark (together with BCC, "Defendants"), alleging that Defendants discriminated and retaliated against her on the basis of her disability.  (ECF No. 1). On June 17, 2022, the Honorable Paul G. Gardephe referred this case to the undersigned for general pretrial supervision.  (ECF No. 5).  That same day, Judge Gardephe referred the parties for mediation through the Court's Mediation Program.  (ECF No. 7).

On July 7, 2022, Defendants filed a motion to dismiss Mr. Crawford's Complaint in its entirety.  (ECF No. 19 (the "Motion")).  On July 24, 2022, Judge Gardephe referred the Motion to the undersigned for a report and recommendation.  (ECF No. 24).

Pursuant to the Court's Local Rules, Ms. Crawford's opposition to the Motion was due by July 21, 2022.  See S.D.N.Y. Loc. R. 6.1(b).  To date, however, Ms. Crawford has not filed an

opposition or requested an extension of time to do so. In addition, there is no indication on the docket that the parties have pursued mediation.

Accordingly, the Court orders as follows:

1. The parties shall promptly meet and confer and, by **September 16, 2022**, file a joint letter regarding their intent to pursue mediation; and

2. In light of Ms. Crawford's <u>pro se</u> status, the Court will afford her a final opportunity to oppose the Motion. Ms. Crawford shall serve and file her opposition to the Motion by **October 3, 2022**. Defendants may file a reply within seven (7) days of receipt of Ms. Crawford's opposition. Ms. Crawford is warned that that <u>failure to respond will result in the Court ruling on the Motion based on Defendants' submissions alone and may result in dismissal of this action with prejudice</u>.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at the address below.

Dated:   New York, New York
         September 2, 2022

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**

Mail to:

Caren Crawford
1 River Place 622
New York, NY 10036