UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAREN CRAWFORD,

                Plaintiff,

-v-

BRONX COMMUNITY COLLEGE, PURYSABEL UREGAR, ALAN FUENTES, and MARTA CLARK,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 1062 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff's request (ECF No. 27) for an order extending her deadline to oppose Defendants' motion to dismiss (ECF No. 19 (the "Motion")) "until 30 days after the conclusion of mediation if no settlement is reached" is GRANTED, and the Court orders as follows:

1. The Motion is administratively DENIED WITHOUT PREJUDICE.

2. If the parties' mediation efforts are unsuccessful:

    a. Defendants shall re-file the Motion **within seven (7) days of the final mediation session**;

    b. Plaintiff shall file her opposition (the "Opposition") to the Motion **within 30 days of service**; and

    c. Defendants shall file their reply, if any, **within 14 days of service of the Opposition**.

3. By **October 27, 2022**, the parties shall file a joint letter reporting on the status of their mediation efforts.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at the address below, and to close ECF Nos. 19 and 27.

Dated:      New York, New York
             September 15, 2022

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

<u>Mail to</u>:

Caren Crawford
1 River Place 622
New York, NY 10036