UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAREN CRAWFORD,

                Plaintiff,

-v-

                CIVIL ACTION NO.: 22 Civ. 1062 (PGG) (SLC)

**ORDER**

BRONX COMMUNITY COLLEGE, PURYSABEL UREGAR, ALAN FUENTES, and MARTA CLARK,

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

On September 15, 2022, the Court directed the parties to file a joint letter (the "Letter") reporting on the status of their mediation efforts by October 27, 2022. (ECF No. 28 (the "Order")). The parties did not file the Letter in accordance with the Order. As a one-time courtesy, the Court sua sponte extends this deadline, and directs the parties to file the Letter by **November 4, 2022**.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

Dated:     New York, New York
             October 28, 2022

                                      SO ORDERED.

                                      SARAH L. CAVE
                                      **United States Magistrate Judge**