UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAREN CRAWFORD,

                Plaintiff,

-v-

BRONX COMMUNITY COLLEGE, PURYSABEL UREGAR, ALAN FUENTES, and MARTA CLARK,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 1062 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On November 21, 2022, the New York Legal Assistance Group ("NYLAG"), which represents pro se Plaintiff Caren Crawford for settlement purposes, requested on Ms. Crawford's behalf an extension of time, until February 1, 2023, to file her opposition (the "Opposition") to Defendants' motion to dismiss (ECF No. 34 (the "Motion")). (ECF No. 33 (the "Request")). NYLAG advised that it "will assist Ms. Crawford in preparing" the Opposition." (Id.) On November 22, 2022, the Court granted the Request, and directed Ms. Crawford to file the Opposition by February 1, 2023. (ECF No. 37). To date, Ms. Crawford has not filed the Opposition. Given her pro se status, however, the Court will afford Ms. Crawford one final opportunity to respond to the Motion, and directs her to file the Opposition by **February 17, 2023**. Defendants may file a reply, if any, by **March 23, 2023**.

The Clerk of Court is respectfully directed to mail a copy of this order to Ms. Crawford.

Dated:     New York, New York
            February 10, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**