UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAREN CRAWFORD,

                Plaintiff,

-v-

BRONX COMMUNITY COLLEGE, PURYSABEL UREGAR, ALAN FUENTES, and MARTA CLARK,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 1062 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On February 10, 2023, the Court sua sponte extended until February 17, 2023 pro se Plaintiff Caren Crawford's deadline to file her opposition (the "Opposition") to Defendants' motion to dismiss (ECF No. 34 (the "Motion")). (ECF No. 38). That same day, Defendants "inform[ed] the Court of Plaintiff's [] need for additional time to file her [O]pposition[,]" and advised the Court that Defendants "do no object to extending Plaintiff's deadline . . . to May 2, 2023." (ECF No. 39 (the "Request")). Given Ms. Crawford's pro se status, the Request is GRANTED, and Ms. Crawford is directed to file the Opposition by **May 2, 2023**. Defendants may file a reply, if any, by **May 16, 2023**.

No further extensions will be granted. Ms. Crawford is warned that that failure to file the Opposition will result in the Court ruling on the Motion based on Defendants' submissions alone and may result in dismissal of this action with prejudice.

The Clerk of Court is respectfully directed to mail a copy of this order to Ms. Crawford.

Dated:    New York, New York
            February 13, 2023

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**