

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | T**HE** C**ITY OF** N**EW** Y**ORK**<br>L**AW** D**EPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007-2601 | **Joseph B Reynolds**<br>Labor and Employment Law Division<br>Telephone: (212) 356-2442<br>Cell No.: (332) 323-0621 |

August 1, 2023

**Via ECF**

The Honorable Sarah L. Cave
United States Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1670
New York, NY 10007

Re: Caren Crawford v. Bronx Community
22-cv-01062-PGG-SLC (SDNY)

**MEMO ENDORSED:**
Any objections to Judge Cave's Report and Recommendation will be filed by **September 2, 2023**.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

Dated: August 3, 2023

Dear Magistrate Judge Cave:

I am an Assistant Corporation Counsel in the Office of the Honorable Sylvia Hinds-Radix, Corporation Counsel of the City of New York, assigned to represent Defendants Bronx Community College, Purysabel Uregar, Alan Fuentes, and Marta Clark. I write to respectfully request a 45-day extension of time to September 18, 2023, to file objections to the Court's Report and Recommendation that was entered on July 19, 2023 (ECF No. 46).

Defendants' current deadline to file their objections is August 2, 2023, and this is the first request for an extension of time. The extension is necessary so Defendants can fully and adequately address the legal analyses and conclusions underpinning the recommendation to deny Defendants' motion to dismiss in part and recommend Plaintiff be permitted leave to amend certain claims that were recommended to be dismissed. Plaintiff pro se consents to this request.

I thank the Court for considering this request.

            Respectfully submitted,

            Joseph B. Reynolds
            Assistant Corporation Counsel
            jreynold@law.nyc.gov

To (via mail and e-mail):
Caren Crawford, pro se