UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAREN CRAWFORD,

                Plaintiff,

-v-

BRONX COMMUNITY COLLEGE, PURYSABEL UREGAR, ALAN FUENTES, and MARTA CLARK,

                Defendants.

CIVIL ACTION NO. 22 Civ. 1062 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

    This action has been referred, pursuant to 28 U.S.C. § 636(b)(1)(A), to Magistrate Judge Sarah L. Cave for general pretrial management, including scheduling discovery, non-dispositive pretrial motions, and settlement.  All pretrial motions and applications, including those relating to scheduling and discovery (but excluding motions to dismiss or for judgment on the pleadings, for injunctive relief, for summary judgment, or for class certification under Fed. R. Civ. P. 23) must be made to Judge Cave and in compliance with this Court's Individual Practices, available on the Court's website at https://www.nysd.uscourts.gov/hon-sarah-l-cave.

    It is hereby ORDERED that the parties promptly meet and confer pursuant to Federal Rule of Civil Procedure 26(f) and, by **September 23, 2024**, file a Report of Rule 26(f) Meeting and Proposed Case Management Plan For Pro Se Case, via ECF, in conformance with the procedures in Section 1 of Judge Cave's Individual Practices.  A template is available at https://nysd.uscourts.gov/sites/default/files/pdf/proseconsentecfnotice-final.pdf.

**Plaintiff is advised that all letters and other communications with the Court from pro se parties must be submitted to the Pro Se Intake Unit, not directly to Chambers.**  The Pro Se Intake Unit is located in Room 105 in the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007, telephone (212) 805-0175.  The staff of the Pro Se Intake Unit may assist pro se litigants in connection with Court procedures, but cannot and does not provide legal advice.

Plaintiff is further advised that she may choose to receive by email, instead of regular mail, documents filed in this case.  If plaintiff wishes to receive case information by email, plaintiff must follow the instructions on the Consent and Registration Form, available on the website of the United States District Court for the Southern District of New York, https://nysd.uscourts.gov/node/845.

The Court also notes that there is a legal clinic in the Southern District of New York to assist parties in civil cases who do not have lawyers.  The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of or run by the Court and it cannot accept filings on behalf of the Court.  The Clinic is located at the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York 10007, which is just inside the Pearl Street entrance to the Courthouse. An unrepresented party can make an appointment in person or by calling (212) 659-6190.

The Clerk of the Court is respectfully directed to mail a copy of this order to Plaintiff.

Dated:   New York, New York        SO ORDERED.
        August 23, 2024

*[signature: Sarah L. Cave]*

**SARAH L. CAVE**
**United States Magistrate Judge**