UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

CAREN CRAWFORD,

**STIPULATION OF**
**VOLUNTARY**
**DISMISSAL**

Plaintiff,

-against-

BRONX COMMUNITY COLLEGE, PURYSABEL
UREGAR, ALAN FUENTES, and MARTA CLARK,

No. 22-CV-01062 (PGG) (SLC)

Defendants.
-------------------------------------------------------------------X

        **IT IS HEREBY STIPULATED AND AGREED,** by and between the parties as

represented by their attorneys below, that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of

Civil Procedure, the above-captioned action be, and it hereby is, withdrawn, discontinued, and

dismissed, with prejudice and without costs, expenses or fees of any kind to any party.

Dated:      New York, New York
           January 8, 2025

| | |
|---|---|
| **CITY BAR JUSTICE CENTER**<br>Susanne Toes Keane<br>*Attorney for Plaintiff*<br>42 W. 44th Street<br>New York, NY 10036<br>(212) 382-6678 | **MURIEL GOODE-TRUFANT**<br>Corporation Counsel of the<br>City of New York<br>*Attorney for Defendants*<br>100 Church Street, Room 2-173<br>New York, New York 10007<br>(212) 356-2445    1/15/25 |

By: ___Susanne Toes Keane___   By: ___/s/ Madeleine Knutson___

        Susanne Toes Keane                  Madeleine Knutson, Esq.
                                       Assistant Corporation Counsel